```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 17029
    JOHN J THOMAS
                                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

        Debtor
    SSN XXX-XX-7298

------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
    The case was filed on 07/01/2008 and was not confirmed.

    The case was dismissed without confirmation 07/30/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID           PAID
------------------------------------------------------------------------------
CAPITAL ONE AUTO FINANCE NOTICE  ONLY    NOT FILED            .00            .00
CREDIT MANAGEMENT INC    NOTICE  ONLY    NOT FILED            .00            .00
CREDITORS DISCOUNT & AUD NOTICE  ONLY    NOT FILED            .00            .00
ILLINOIS COLLECTION SE   NOTICE  ONLY    NOT FILED            .00            .00
PEOPLES GAS LIGHT & COKE NOTICE  ONLY    NOT FILED            .00            .00
PEOPLES GAS LIGHT & COKE UNSECURED          287.62            .00            .00
ONYX ACCEPTANCE CORP     SECURED NOT I    27276.39            .00            .00
PRO SE DEBTOR            DEBTOR ATTY          .00                            .00
TOM VAUGHN               TRUSTEE                                             .00
DEBTOR REFUND            REFUND                                              .00

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                          RECEIPTS             DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                            .00
ADMINISTRATIVE                                       .00
TRUSTEE COMPENSATION                                 .00
DEBTOR REFUND                                        .00
                       ---------------       ---------------
TOTALS                        .00                    .00




                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 17029 JOHN J THOMAS
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 10/29/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE